UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-244-TPB-SPF

 18 U.S.C. § 2252(a)(2)

CHRISTIAN ANDREW KLINE

## INFORMATION

The Grand Jury charges:

### COUNT ONE

Between on or about September 14, 2021, and September 18, 2021, in the Middle District of Florida, and elsewhere, the defendant,

CHRISTIAN ANDREW KLINE,

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

### FORFEITURE

1. The allegations contained in Count are incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C.

§ 2253.

2.  Upon conviction of a violation of 18 U.S.C. §§ 2252(a)(2) and (4)(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a.  Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.  The property to be forfeited includes, but is not limited to, the following: Motorola Smartphone, Moto g stylus (Model XT2115DL, IMEI 356888111013353), Motorola Moto e5 Play Smartphone (Model XT1921-3, IMEI 351841096192887), Motorola Moto e Smartphone (Model XT2052DL, IMEI 351638114635792), Motorola Moto g play smartphone (Model XT2093DL, IMEI 355568110567275), which were used to commit the

offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Ilyssa M. Spergel
Assistant United States Attorney

By: *[signature]*
Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section